UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BOYLE, | No. 2:18-cv-1690-EFB P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF PLACER, et al., | |
| Defendants. | |

Plaintiff is a county jail inmate proceeding through counsel in an action brought under 42 U.S.C. § 1983. She seeks leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). ECF No. 2. Section 1915(a)(2) requires a prisoner seeking leave to proceed in forma pauperis to file a certified copy of the trust fund account statement for the 6-month period immediately preceding the filing of the complaint. Plaintiff has submitted a copy of her trust account statement, but it is not certified.

Accordingly, plaintiff has 30 days from the date this order is served to submit the required trust account statement. Failure to comply with this order may result in dismissal of this case.

So ordered.

Dated: June 26, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE